**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-22701-ALTMAN**

**EDGAR RODILES BROOKS**,

*Petitioner*,

*v.*

**KROME NORTH SERVICE PROCESSING CENTER**, *Warden*, *et al.*

*Respondents.*
______________________________/

# ORDER

Edgar Rodiles Brooks—proceeding *pro se*—seeks a writ of habeas corpus "order[ing] Respondents to immediately release [him]" or in the alternative, "order[ing] an individualized bond hearing before an immigration judge[.]" Petition for Writ of Habeas Corpus (the "Petition") [ECF No. 1] at 7. The Respondents now inform us that they "do not disagree that pursuant to *Hernandez Alvarez v. Warden, Fed. Det. Ctr. Miami*, [Brooks] is entitled to a bond hearing or individualized custody determination." Response to Order to Show Cause [ECF No. 6] at 2. Because the Respondents concede that Brooks is entitled to the very relief he seeks, the Petition [ECF No. 1] is **GRANTED IN PART**.[1] We therefore **ORDER** the Respondents to provide the requisite bond hearing and to file a status update on the docket within three days of the hearing. We **DIRECT** the Clerk of Court to **CLOSE** this case.

---

[1] We needn't reach the merits of Brooks's separate request that we grant him immediate release from custody. *See, e.g.*, *Puga v. Assistant Field Off. Dir., Krome N. Serv. Processing Ctr.*, 2025 WL 2938369, at *6 (S.D. Fla. Oct. 15, 2025) (Altonaga C.J.). Of course, if the Respondents fail to comply with this Order by affording Brooks a bond hearing, he may renew this request. *See ibid.* (explaining that petitioner's due-process claim wasn't ripe because it was "contingent on Petitioner not receiving a custody determination hearing under 8 U.S.C. section 1226(a)").

**DONE AND ORDERED** in the Southern District of Florida on July 9, 2026.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record
Edgar Rodiles Brooks, *pro se*

Noticing 2241/Bivens US Attorney
Email: usafls-2255@usdoj.gov

Noticing INS Attorney
Email: usafls-immigration@usdoj.gov

Payton William Henry Poliakoff
Email: payton.poliakoff@usdoj.gov